**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
Email: matern@maternlawgroup.com
Tagore O. Subramaniam (SBN 280126)
Email: tagore@maternlawgroup.com
Sydney A. Adams (SBN 319991)
Email: sadams@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff DORIS PAGAN
individually, and on behalf of others
similarly situated

*Additional Counsel listed on following page*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS EDELMIRA PAGAN, individually, and on behalf of others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>ACTS-AVIATION SECURITY, INC., a corporation, GATE SAFE, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants | CASE NO. 2:20-cv-06686-ODW(JEM)<br><br>**CLASS ACTION**<br><br>HON. OTIS D WRIGHT II<br>COURTROOM 5D<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: May 22, 2020<br>Removed: July 27, 2020 |

NOTICE OF SETTLEMENT

Plaintiff Doris Edelmira Pagan ("Plaintiff") by and through her counsel of record herein submits the following Notice of Settlement.

There has been a global settlement in principle to resolve three matters *Ashley Abrams v. ACTS-Aviation Security, Inc.*, *et al*. U.S. District Court for the Central District of California Case No. 2:20-cv-05719-ODW, *Christine Williams, et al. v. ACTS-Aviation Security Inc., et al.* Los Angeles Superior Court Case No. 21STCV39474,  and the instant action *Doris Edelmira Pagan v. ACTS-Aviation Security, Inc., et al*., U.S. District Court for the Central District of California Case No. 2:20-cv-06686-ODW(JEM). The Parties are in the process of finalizing the long form settlement agreement and intend to seek Court approval in Los Angeles Superior Court. The Parties anticipate filing a stipulation to remand in the next two weeks. Plaintiffs respectfully requests that all dates by vacated.

Respectfully submitted,

DATED: January 21, 2022          MATERN LAW GROUP, PC

By:   */s/ Tagore Subramaniam*

MATTHEW J. MATERN
TAGORE SUBRAMANIAM
SYDNEY A. ADAMS
Attorneys for Plaintiff DORIS PAGAN,
individually and on behalf of others
similarly situated

NOTICE OF SETTLEMENT