1  **MATERN LAW GROUP, PC**
   Matthew J. Matern (SBN 159798)
2  Email: matern@maternlawgroup.com
   Tagore O. Subramaniam (SBN 280126)
3  Email: tagore@maternlawgroup.com
   Sydney A. Adams (SBN 319991)
4  Email: sadams@maternlawgroup.com
5  1230 Rosecrans Avenue, Suite 200
   Manhattan Beach, CA 90266
6  Tel: (310) 531-1900
7  Facsimile: (310) 531-1901

8  Attorneys for Plaintiff DORIS PAGAN
   individually, and on behalf of others
9  similarly situated

10 *Additional Counsel listed on following page*

11

12                UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

| DORIS EDELMIRA PAGAN, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACTS-AVIATION SECURITY, INC., a corporation, GATE SAFE, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants | CASE NO. 2:20-cv-06686-ODW(JEM)<br><br>**CLASS ACTION**<br><br>[HON. OTIS D WRIGHT II COURTROOM 5D]<br><br>**STIPULATION RE: REMAND OF ACTION TO CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES**<br><br>Complaint Filed: May 22, 2020<br>Removed: July 27, 2020 |
|---|---|

**CDF LABOR LAW LLP**

Timothy M. Freudenberger (SBN 138257)
Email: tfreud@cdflaborlaw.com
Nancy Lubrano (SBN 263037)
Email: nluibrano@cdflaborlaw.com
Brian E. Cole II (SBN 305830)
Email: bcole@cdflaborlaw.com
18300 Van Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 622-1661

Attorneys for Defendant ACTS-Aviation Security, Inc.

Plaintiff Doris Edelmira Pagan ("Plaintiff"), and Defendant ACTS-Aviation Security, Inc. formerly known as Gate Safe, Inc., (referred to as "Defendant"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this putative class action on May 22, 2020 in Superior Court for the County of Los Angeles Case No. 20STCV19907;

WHEREAS, on July 27, 2020, Defendant removed this action to the Central District pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453;

WHEREAS, Plaintiff contends that remand is appropriate based on lack of subject matter jurisdiction and that the action was improperly removed pursuant to the Class Action Fairness Act of 2005 ("CAFA") 28 U.S.C. § 1332(d);

WHEREAS, Defendant maintains its contention that it properly removed this action;

WHEREAS, On June 26, 2020, Defendant removed *Ashley Abrams v. ACTS-Aviation Security, Inc.*, *et al.* to the United States District Court, Central District pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453;

WHEREAS, Abrams contends that remand of her action is appropriate based on lack of subject matter jurisdiction; WHEREAS, Defendant maintains its contention that it properly removed the *Abrams* matter;

WHEREAS, a related action styled *Christine Williams, et al. v. ACTS-Aviation Security Inc., et al.* filed on October 26, 2021 in the Los Angeles Superior Court, Case Number 21STCV39474, alleges a single cause of action for violation of the California Labor Code Private Attorneys General Act of 2004 based on the same facts and theories as alleged in this action and the *Abrams* action, and is currently pending in Department 52, Judge Lawrence P. Riff presiding;

WHEREAS, the Parties have reached a resolution that would resolve all of the above-referenced actions;

WHEREAS, for the sole purpose of facilitating a global resolution of all of the above-referenced pending matters which overlap entirely, and without conceding that

1  removal of the Abrams and Pagan matters were improper or that the United States
2  District Court lacks subject matter jurisdiction, the Parties stipulate that the Pagan
3  action should be remanded to State Court;

4  WHEREAS, the Parties are submitting a stipulation in the *Abrams* matter
5  concurrently herewith for the same purpose;

6  **THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN**
7  **THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF**
8  **RECORD, AS FOLLOWS:**

9  1.  Subject to the Court's approval and for the sole purpose of facilitating a
10 global resolution of the Pagan, Abrams, and Williams actions, the Pagan action shall
11 be remanded to the Superior Court of the State of California, County of Los Angeles,
12 which is the Court from which the action was originally removed.

13 2.  All remaining dates and deadlines in this action shall be vacated.

Respectfully submitted,

DATED: March 4, 2022          MATERN LAW GROUP, PC

By:  */s/ Tagore Subramaniam*

MATTHEW J. MATERN
TAGORE SUBRAMANIAM
SYDNEY A. ADAMS
Attorneys for Plaintiff DORS PAGAN,
individually and on behalf of others
similarly situated

DATED: March 4, 2022          CDF LABOR LAW LLP

By:  */s/ Nancy Lubrano*

TIMOTHY M. FREUDENBERGER
NANCY LUBRANO
BRIAN E. COLE II
Attorneys for Defendant ACTS-AVIATION
SECURITY, INC.

STIPULATION RE: REMAND OF ACTION TO
CALIFORNIA SUPERIOR COURT FOR THE
COUNTY OF LOS ANGELES