UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:20-cv-06686-ODW (JEMx) | Date | March 8, 2022 |
|---|---|---|---|
| Title | *Doris Edelmira Pagan v. ACTS-Aviation Security, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

    Pursuant to the parties' Joint Stipulation to Remand, (ECF No. 24), the Court hereby **REMANDS** this action to the Superior Court of California, 111 N. Hill St., Los Angeles, CA, 90012, Case No. 20STCV19907.  All dates and deadlines in this action are **VACATED** and taken off calendar.  The Clerk of the Court shall close this case.

    **IT IS SO ORDERED**.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |